An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ERISTEO CAMPOS-GARCIA,
INDIVIDUALLY,
Appellant,
vs.
ANN JOHNSON, INDIVIDUALLY,
Respondent.

No. 62578

**FILED**

OCT 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By _____

cc:  Hon. James M. Bixler, District Judge
Israel Kunin, Settlement Judge
Schuetze & McGaha, P.C.
Hutchison & Steffen, LLC
Glen Lerner Injury Attorneys
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-33428